IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL J. LINDSEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5737

Opinion filed March 11, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Michael J. Lindsey, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Bureau Chief, and Jillian H. Reding, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking belated appeals of the judgments and sentences rendered on April 7, 2015, in Leon County Circuit Court case numbers 2012-CF-1520 and 2012-CF-1636, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal in

each of the foregoing cases.  If petitioner qualifies for the appointment of counsel at public expense, the lower tribunal is directed to appoint counsel to represent him in the belated appeals authorized by this opinion.

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.